S. B. Gailey et al., Plaintiffs in Error, v. Lucy M. Culler, Defendant in Error.

A Writ of Error to a Judgment of the Circuit Court within and for the County of Brevard.

Writ of error dismissed by order of the court.

*James L. Mitchell,* for Plaintiffs in Error;

*H. R. Morse,* for Defendant in Error.

---

Jewell P. Wells et al., Appellants, v. Charles B. Williams et al., Appellees.

An Appeal from a Decree of the Circuit Court within and for the County of Polk.

Appeal dismissed on motion of counsel for Appellants;

*Hilton S. Hampton* and *Herbert S. Phillips,* for Appellants;

*McKay & Withers,* for Appellees.